# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3984
_____

DEVIN AUSTIN, Father,

Appellant,

v.

DAKOTA BABB, Mother,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

August 14, 2019

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ross A. Keene, Ross Keene Law, P.A., Pensacola, for Appellant.

No appearance for Appellee.